IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVLLE DIVISION

| | |
|---|---|
| MHF & O LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:24-cv-727-DJH |
| | ) |
| MOTORISTS COMMERCIAL | ) Removed from Jefferson Circuit Court |
| MUTUAL INSURANCE COMPANY, | ) Civil Action No. 24-CI-008304 |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Comes the Defendant, Motorists Commercial Mutual Insurance Company, (hereinafter "Motorists"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky, Louisville Division, hereby states as follows:

1. Motorists is the named defendant in the lawsuit filed by MHF&O LLC (hereinafter "Plaintiff") in Jefferson Circuit Court, Jefferson County, Kentucky designated as Case Number 24-CI-08304. Motorists was served with the Plaintiff's Complaint on November 26, 2024. A copy of the Summons, Complaint and Service of Process documentation are attached hereto as **Exhibit 1 (State Court Record)**, as required by 28 U.S.C. § 1446(a). These are the only pleadings directed to or filed by Motorists in this action.

2. This is a civil action seeking insurance proceeds for alleged damage to the Plaintiff's real property from a weather event on or about May 15, 2023 in Jefferson County, Kentucky. According to the Complaint, Plaintiff alleges wind damage to its property located at 5015 Poplar Level Road, Louisville, Kentucky 40219. Plaintiff seeks

proceeds from an insurance policy issued by Motorists to the Plaintiff under Policy No. 5000116400 for the policy period of May 15, 2023 to May 15, 2024 ("Policy"). The Complaint asserts claims for breach of contract, common law bad faith, statutory bad faith and other extracontractual claims. It seeks damages in the form of insurance proceeds, interest and attorney's fees.

3. Upon information and belief, Plaintiff MHF&O LLC is a limited liability company formed under the laws of the Commonwealth of Kentucky. **Exhibit 2 (Printout from Kentucky Secretary of State's Website).** For purposes of diversity jurisdiction, an unincorporated association (including LLCs) has the citizenship of each partner or member. Upon information and belief, there are three members of MHF&O LLC: Hammdi Hanbali, Mohanned Hanbali, and Fadi Hanbali. Upon information and belief, all three members are now and were at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 24-CI-08304, citizens and residents of the Commonwealth of Kentucky. Upon information and belief, each member intends to remain a resident of the Commonwealth of Kentucky.

4. Motorists is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 24-CI-08304, organized and incorporated under the laws of the state of Ohio and maintains a principal place of business in Ohio. **Exhibit 3 (Printout from Website of Kentucky Department of Insurance)**. Motorists is not now nor was it at the time of the events referenced in the Plaintiff's Complaint incorporated in the state of Kentucky nor does it have a principal place of business or "nerve center" in the state of Kentucky.

5. Under 28 U.S.C. § 1332(c), Plaintiff is a citizen of Kentucky, and Motorists is a citizen of Ohio. Therefore, jurisdiction is proper because no Defendant is a citizen of the state of Kentucky.

6. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and § 1367 and is one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

7. Kentucky state court procedural rules prohibit parties seeking unliquidated damages from pleading a specific amount of alleged damages under KRCP 8.01(2). According to pre-suit correspondence submitted to Motorists, Plaintiff seeks insurance proceeds in a sum exceeding $467,000. Therefore, the amount in controversy clearly exceeds $75,000, exclusive of interest and costs.

8. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action and the time for filing this Notice under the statutes of the United States has not yet expired.

9. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, Motorists Commercial Mutual Insurance Company, by counsel, hereby notifies the Court of its removal of this action from the Jefferson Circuit Court in Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

BARNES MALONEY PLLC

*/s/ Stephen C. Keller*

Stephen C. Keller, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1694
Fax: (502) 779-9349
skeller@sbmkylaw.com
*Counsel for Defendant, Motorists Commercial Mutual Insurance Company*